**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00101-CR

**JESSIE ONEAL DAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1575397-L**

## ORDER

The State's January 30, 2017 motion to extend the time for filing a brief is **GRANTED**.

The State's brief, received on January 30, 2017, is **ORDERED** filed as of the date of this order.

/s/  DAVID L. BRIDGES
    PRESIDING JUSTICE